# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| CHELSEA JOHNSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHAPMAN UNIVERSITY; and DOES 1 through 25, INCLUSIVE,<br><br>Defendants. | Case No. 8:21-cv-00019 CJC (DFMx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL [FRCP 41(a)]**<br><br>Judge:  Cormac J. Carney<br>Mag. Judge:  Douglas F. McCormick<br>Trial Date:  September 20, 2022 |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED: April 26, 2022

_____
Honorable Cormac J. Carney